# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 2:18 CR 22 |
| | ) | |
| **JAMES LORENZO PERSON III** | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. (DE # 91.) Defendant is **ADJUDGED** to have committed the violation of supervised release described in the petition and the supervised release of defendant is **REVOKED.** The Agreed Disposition of Supervised Release Violation (DE # 84) is now **ACCEPTED.** Defendant shall be sentenced to 15 months of incarceration, with no supervised release to follow. The court recommends to the Bureau of Prisons that Person be held at MCC Chicago, or an institution as close to Northwest Indiana as possible.

                 **SO ORDERED.**

 Date: April 25, 2023

                 s/James T. Moody
                 JUDGE JAMES T. MOODY
                 UNITED STATES DISTRICT COURT